USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIALLORAFIK A. MADISON,

          Plaintiffs,

v.

WILLIAM F. HULIHAN, SUPERINTENDENT
MID STATE CORRECTIONAL FACILITY.

          Defendants.

08 Civ. 5195 (RO)

## ORDER

OWEN, District Judge:

    *Pro se* Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, before Judge Stephen Robinson. Magistrate Judge Smith issued a Report and Recommendation on December 22, 2009, recommending that the petition be dismissed as untimely. On January 22, 2010, Petitioner requested and was granted an extension of time to file objections to the Report and Recommendation. Petitioner thereafter requested another extension until March 23, 2010, to file objections. Judge Robinson granted this extension. Petitioner has not submitted objections as of the date of this Order. On August 26, 2010, this case was transferred from Judge Robinson to this Court.

    The Court concurs with the Report and Recommendation of Magistrate Judge Smith, and hereby adopts it as the Order of this Court.

SO ORDERED.

October ___, 2010

_____
RICHARD OWEN
UNITED STATES DISTRICT JUDGE